UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

Isatou SONKO
A 095-787-317,

Petitioner,

v.

Markwayne MULLIN, Secretary, U.S. Department of Homeland Security; Todd BLANCHE, Acting U.S. Attorney General; David VENTURELLA, Acting Director, Immigration and Customs Enforcement; Andre QUINONES, Acting Director, Los Angeles Field Office, Immigration and Customs Enforcement, Enforcement and Removal Operations; F. SEMAIA, Warden, Adelanto ICE Processing Center; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; IMMIGRATION AND CUSTOMS ENFORCEMENT; and U.S. DEPARTMENT OF HOMELAND SECURITY,

Respondents.

Case No. 5:26-cv-04022-AH-JDE

**JUDGMENT**

Pursuant to the reasons stated on the record, Respondents are ordered to immediately transfer Petitioner Isatou Sonko (A 095-787-317) to the Central District of California in no later than 48 hours and immediately release Petitioner from custody and reinstate her previous conditions of supervision, with no modifications and no new conditions, including electronic monitoring, in no later than 48 hours. Respondents are enjoined from: (i) re-detaining Petitioner without notice and a pre-deprivation hearing before a neutral arbiter, and (ii) removing Petitioner to any country without appropriate notice and an opportunity to be heard in accordance with any applicable ICE regulations, including the opportunity to assert a torture-based or fear-based objection.

Respondents shall file a status report within 5 days regarding compliance with this judgment.

DATED: July 23, 2026

ANNE HWANG
UNITED STATES DISTRICT JUDGE